# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:25-cv-496 (MOC) (SCR)

JOSE ALEJANDRO VALLE OROZCO AND
HANNIER ANTONIO MATAMOROS CORDOBA,
on behalf of themselves and all others similarly situated )
                 , )

    Plaintiff, )

vs. )

J & M PLUMBING, INC., and ZAYNA RASHED, )
             , )

    Defendant. )
                )

**MOTION FOR ADMISSION**
*PRO HAC VICE*
and AFFIDAVIT

NOW COMES Leonard A. Bennett, Esq. ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Emanuel Kataev, Esq. ("Applicant"), who seeks permission to represent Plaintiffs Jose Alejandro Valle Orozco and Hannier Antonio Matamoros Cordoba, on behalf of themselves and all others similarly situated ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is New York.

2. Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Sage Legal LLC

**Mailing Address:** 18211 Jamaica Avenue

**City / State / Zip:** Jamaica, NY 11423-2327

**Telephone Number:** (718) 412-2421    **Facsimile Number:** (718) 489-4155

**Email Address (required):** emanuel@sagelegal.nyc

1

3.      Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

District of New Jersey, Eastern District of New York, Southern District of New York, District of Connecticut, Second Circuit Court of Appeals,

District of Colorado, Eastern District of Texas, Western District of New York .

4.      Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.  If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5.      Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6.      Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8.      Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* oppose this motion.

9.      The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10.      Applicant consents to electronic notification.

2

By signing this Motion, we so certify.

This, the  22  day of  July , 20 25 .


/s/ Leonard A. Bennett

Local Counsel

Attorney Name   Leonard A. Bennett, Esq.

Bar Number   21576

Firm Name   CONSUMER LITIGATION ASSOCIATES, P.C.

Firm Address   763 J. Clyde Morris Blvd., Suite 1-A

Firm City / State / Zip   Newport News, VA 23601

Telephone Number   (757) 930-3660

Fax Number   (757) 930-3662

Email Address   lenbennett@clalegal.com


/s/ Emanuel Kataev, Esq.

Applicant

3