UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

JOSE ALEJANDRO VALLE OROZCO and
HANNIER ANTONIO MATAMOROS
CORDOBA, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

v.                              CIVIL ACTION NO: 3:25-cv-496

J&M PLUMBING, INC., and ZAYNA
RASHED,

        Defendants.

## AFFIDAVIT OF SERVICE
## THROUGH THE SECRETARY OF STATE

Before me, the undersigned authority, personally appeared Leonard A. Bennett, who being duly sworn, deposes and says:

1. I am over the age of 18, competent to testify, and not a party to this action.

2. I am the Plaintiffs Attorney in the above-captioned matter.

3. On July 30, 2025, I caused a copy of the following documents:

   - Summons issued by this Court;
   - Complaint;

   to be delivered to the North Carolina Secretary of State, Service of Process Division, for service upon the Defendant J&M Plumbing, Inc., pursuant to N.C. Gen. Stat. § 1-105 and Rule 4 of the Federal Rules of Civil Procedure.

4. Service was made by delivering the above-mentioned documents, along with the statutory fee and cover letter to the below address on July 30, 2025 by federal express:

**North Carolina Secretary of State**
**Service of Process**
**PO Box 29622**
**Raleigh, NC 27626-0622**

5. A true and correct copy of the return the transmittal letter, and proof of delivery are attached hereto as Exhibit A.

6. Upon information and belief, the Secretary of State forwarded the documents to the Defendant J&M Plumbing, Inc., at:

   **7514 Seacrest Shortcut Road**
   **Indian Trail, North Carolina 28079**

7. I submit this affidavit in compliance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and N.C. Gen. Stat. § 1-105 as proof of substituted service.

By: _____
Leonard A. Bennett, NC Bar#21576
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Ste 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

STATE OF VIRGINIA
CITY OF NEWPORT NEWS

Subscribed and sworn to before me this 6th day of October, 2025.

_____
Notary Public

My Commission Expires: 1/31/2028

Registration Number: 208167

*[Notary Seal: VICKI L. CRISSMAN, NOTARY PUBLIC, REG. #208167, MY COMMISSION EXPIRES 01/31/2028, COMMONWEALTH OF VIRGINIA]*