# EXHIBIT A



*State of North Carolina*
*Department of the Secretary of State*

ELAINE F. MARSHALL
SECRETARY OF STATE

August 4, 2025

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

J&M PLUMBING INC.
7514 Seacrest Shortcut Rd.
Indian Trail, NC 28079

Re: J&M PLUMBING INC.
    SOS File Number:    S202521600005
    Docket Number:    25 CV 00496

Ladies and Gentlemen:

Enclosed please find a Summons and Complaint served on the Secretary of State as statutory agent for service of process for the entity referenced above.

The Service of Process Section of the Department of the Secretary of State on August 4, 2025, received these documents. The Secretary of State is required by law to forward these documents to the entity referenced above. Pursuant to N.C.G.S. §55D-33, "Service on an entity under this subsection is effective for all purposes from and after the date of the service on the Secretary of State."

Sincerely yours,

*Loraine Moss*
Service of Process Agent

Enclosure

cc:
Consumer Litigation Associates PC
763 J Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601

**Secretary of State** SP
Business Registration Division
PO Box 29622
Raleigh, NC 27626-0622



Consumer Litigation Associates PC
763 J Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601

236018 1533 C022



# State of North Carolina
# Department of the Secretary of State

ELAINE F. MARSHALL
SECRETARY OF STATE

August 21, 2025

Consumer Litigation Associates PC
763 J Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601

    RE: J&M PLUMBING INC.
        SOS File Number: S202521600005
        Docket Number: 25 CV 00496

To Whom It May Concern:

Enclosed please find the original green return receipt card evidencing service upon the above-named entity.

If you have any questions, please feel free to call this office at (919) 814-5400.

                                    Sincerely yours,

                                    sop agent
                                    Department of the NC Secretary of State

Enclosure

TWO SOUTH SALISBURY STREET
PO BOX 29622, RALEIGH NC 27626-0622
919.814.5400 - Fax 919.814.5399
https://www.sosnc.gov

**Secretary of State**
Business Registration Division
PO Box 29622
Raleigh, NC 27626-0622

RALEIGH NC 275
22 AUG 2025 AM 6



US POSTAGE PITNEY BOWES
ZIP 27603 $ 000.74

Consumer Litigation Associates PC
763 J Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601

23601-153311



